UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| EMMANUEL OKECHUKWU OKIKE IGWE | ) CASE NO. 18-71258-LRC |
| | ) |
| | ) |
| DEBTOR. | ) |

**CHAPTER 13 TRUSTEE'S
OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

COMES NOW Melissa J. Davey, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The Debtor has failed to file an Employment Deduction Order.

2. Debtor has retained possession and/or use of several credit cards without court approval in violation of 11 U.S.C. Sections 1305(c), 1325(a)(1), 1325(a)(3), 1325(a)(7), and 364.

3. In accordance with General Order Nos. 18-2015 and/or 22-2017 and the Statement of Rights and Responsibilities, the Debtor's attorney should timely provide proof of non-filing spouse's $6,265.00 per month employment income to the Chapter 13 Trustee. 11 U.S.C. Sections 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

4. Pursuant to testimony at the meeting of creditors, the Debtor has not filed all tax returns that have come due in the four (4) years preceding the filing of this case, in violation of 11 U.S.C. Section 1308 (a). The Debtor should provide evidence that the tax returns have been filed for 2018.

5. The Trustee requests proof that Debtor has paid the post-petition mortgage payments for Debtor's residence in order to determine whether the Plan complies with 11 U.S.C. Sections 1325(a)(3) and 1325(b)(1)(B).

6. Debtor's Statement of Financial Affairs Question Number 4 is inaccurate and/or incomplete with regards to Debtor's 2016 and 2017 income, even if earned and taxed outside of the United States; the Trustee is unable to fully evaluate good faith and feasibility of the proposed Plan. 11 U.S.C. Sections 1325(a)(3), 1325(a)(6), and/or 1325(a)(7).

7. The proposed budget reflected in the Debtor's schedules appears to provide insufficient funds for ordinary living expenses, providing just $350.00 per month for food in a household of six (6), and may indicate that the Plan is not feasible. 11 U.S.C. Section 1325(a)(6).

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

8. The Chapter 13 Plan proposes to surrender collateral to Acceptance Now and instructs the Trustee to cease funding any secured claim filed for this collateral; however, according to the information provided in the Plan and Schedules, the underlying debt is a lease or executory contract. Pursuant to 11 U.S.C. Sections 365 and 1322(b)(7), Debtor should amend the Plan to either assume this lease in Section 6.1 or delete this creditor from Section 3.5 in order to properly reject the lease such that the creditor's claim is paid as a general unsecured debt.

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/ William A. Bozarth
William A. Bozarth
Attorney for Chapter 13 Trustee
GA Bar No. 940530

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) CHAPTER 13
EMMANUEL OKECHUKWU OKIKE IGWE, ) CASE NO.: 18-71258-LRC
)
)
DEBTOR. )

18-71258-LRC               **CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing Objection to Confirmation & Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Ira D. Gingold    notices@gingoldbankruptcylaw.com, noticesign@gingoldbankruptcylaw.com;igotnotices@gmail.com
Elizabeth F. Taylor    btaylor@wczlaw.net

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail with adequate postage prepaid with adequate postage prepaid on the following parties at the address shown for each:

DEBTOR(S):
EMMANUEL OKECHUKWU OKIKE IGWE
2005 WALNUT CREEK CROSSING
ALPHARETTA, GA 30005


February 12, 2019.

/s/ _____
William A. Bozarth
GA Bar No. 940530
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450